**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**LEAGUE OF WOMEN VOTERS
OF FLORIDA,
COMMON CAUSE FLORIDA,
and JOANNE LYNCH AYE,**

       **Plaintiffs,**

**v.**                                  **Case No.  4:18cv525-MW/CAS**

**RICHARD L. SCOTT, in his official
capacity as Governor of the
State of Florida,**

       **Defendant.**
_____/

## ORDER DENYING IN PART EMERGENCY MOTION

This Court has considered, without hearing, Plaintiffs' Emergency Motion for a Temporary Restraining Order and Preliminary Injunction.  ECF No. 4.  Plaintiffs' motion does not meet the standard required for the issuance of such an order without written or oral notice to the adverse party; namely, Governor Richard L. Scott.  The motion, insofar as it seeks a temporary restraining order, is therefore **DENIED**.  By separate order this Court will direct the Clerk to set a status conference on the motion for preliminary injunction which is part of the same pleading.

    **SO ORDERED on November 12, 2018.**

                               **s/ MARK E. WALKER**
                               **Chief United States District Judge**