# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**LEAGUE OF WOMEN VOTERS
OF FLORIDA,
COMMON CAUSE FLORIDA,
and JOANNE LYNCH AYE,**

      **Plaintiffs,**

**v.**     **Case No. 4:18cv525-MW/CAS**

**RICHARD L. SCOTT, in his official
capacity as Governor of the
State of Florida,**

      **Defendant.**

_____/

## ORDER DIRECTING CLERK TO SET HEARING

The Clerk is directed to set a telephonic status hearing for the motion for preliminary injunction, ECF No. 4, on Wednesday, November 14, 2018, at 10:00 a.m. Since counsel for Defendant has not made an appearance and time is of the essence, Plaintiffs shall ensure that Defendant is served with a copy of this order, the Complaint, and the Motion for Preliminary Injunction by Tuesday, November 12, 2018, at 3:00 p.m. Plaintiffs shall file proof of service.

**SO ORDERED on November 12, 2018.**

                                              **s/ MARK E. WALKER
                                              Chief United States District Judge**